UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-63146-CIV-ALTMAN/Brannon

**RODERICK THOMAS** and
**ELBERT ALLEN, III**,

    *Plaintiffs*,

v.

**HOPE & GRACE RECOVERY CENTER, LLC**,
and **KEVIN YATES**

    *Defendants*.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiffs' Notice of Voluntary Dismissal without Prejudice [ECF No. 5]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED without prejudice.** The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of February 2020.

                                                         **ROY K. ALTMAN**
                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record